1   LATHAM & WATKINS LLP
      Charles H. Samel (SBN 182019)
2   633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
3   Telephone:    (213) 485-1234
    Facsimile:    (213) 891-8763
4   Email: charles.samel@lw.com

5   Attorneys for Defendants
    ATI Technologies ULC and
6   Advanced Micro Devices, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH SALAZAR, on behalf of himself         **Case No.  C-07-00718 EDL**
     and all others similarly situated,
12                                                 **CLASS ACTION**

13              Plaintiff,                          **STIPULATED REQUEST TO CONTINUE
                                                    INITIAL CASE MANAGEMENT
14        v.                                        CONFERENCE AND ADR DEADLINES;
                                                    [~~PROPOSED~~] ORDER**
15   NVIDIA CORPORATION; ATI
16   TECHNOLOGIES, INC.; and
     ADVANCED MICRO DEVICES, INC.,
17                                                 **JURY TRIAL DEMANDED**
                Defendants.
18

19

20          Plaintiff Joseph Salazar ("Plaintiff") and Defendants Nvidia Corporation

21   ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively "AMD")

22   hereby jointly request the Court to continue the initial case management conference and related

23   deadlines in this action as follows.

24          1.      On February 2, 2007, Plaintiff filed the complaint in this action

25   ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. §1 and

26   pendant state law claims.  Plaintiff styled the Complaint as a putative class action.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1707842.1

1        Stip to Continue Initial Case Management
         Conference and ADR Deadlines and [Proposed]
         Order C-07-00718 EDL

2.     As of the date of this Stipulation, at least 46 other complaints have been filed in this and other judicial districts.  All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3.     On December 8, 2006, plaintiffs in some of the other actions pending in this district filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion").  The JPML Motion is currently pending in *In re Graphics Processing Units Antitrust Litigation,* MDL Docket No. 1826.

4.     On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division.  To date, every party responding to the JPML Motion has supported consolidation and transfer and no party has opposed it.

5.     Oral argument on the JPML Motion was held on March 29, 2007 in San Antonio, Texas.  The parties agree that, at some point, the JPML is likely to order transfer and consolidation of these actions.

6.     In light of these facts, Plaintiff and Defendants stipulated in February 2007 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7.     Given the March 29, 2007 hearing date before the JPML, the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines entered on February 2, 2007 (the "February 2 Order"), including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass either before or at about the same time the JPML acts on the pending motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1707842.1

2

Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-07-00718 EDL

8.      Continuing the dates set forth in the February 2 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court.  It would also ensure consistency in pretrial rulings and be convenient for the parties, including Plaintiff.

9.      Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the February 2 Order.  The affected dates include (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (currently April 17, 2007); (2) file joint ADR documents (currently April 17, 2007); (3) complete initial disclosures and file the Case Management Statement and Rule 26(f) Report (currently May 1, 2007); and (4) the Initial Case Management Conference (currently May 8, 2007).

10.     The parties request that the Court continue the above referenced schedule as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan – June 5, 2007; (2) file joint ADR documents – June 5, 2007; (3) complete initial disclosures and file the Case Management Statement and Rule 26(f) Report – June 19, 2007; and (4) the Initial Case Management Conference – June 26, 2007.  Such a continuance will allow this matter to move forward promptly in the event that the JPML Motion is denied and further proceedings before this Court are necessary.

11.     Except as described in Paragraph 6, the parties have sought no previous modification of the timing of any event or deadline set by the Court.

///

///

///

///

///

///

///

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1707842.1

3

Stip to Continue Initial Case Management
Conference and ADR Deadlines and [Proposed]
Order C-07-00718 EDL

1    12.     The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

2                                                    Respectfully submitted,

3
                                                     Dated: April 9, 2007
4
                                                     LATHAM & WATKINS LLP
5

6                                                    By:    /s/ Charles H. Samel
                                                            Charles H. Samel (182019)
7
8                                                    Attorneys for Defendants
                                                     ATI TECHNOLOGIES ULC and
9                                                    ADVANCED MICRO DEVICES, INC.

10

11   Dated:  April 9, 2007                           Dated: April 9, 2007
     COOLEY GODWARD KRONISH LLP                      GROSS & BELSKY LLP
12

13
     By:    /s/ James Donato                         By:    /s/ Adam C. Belsky
14          James Donato (146140)                           Adam C. Belsky (147800)

15   Attorneys for Defendant                         Attorneys for Plaintiff
     NVIDIA CORPORATION                              JOSEPH SALAZAR
16

17

18

19

20

21

22

23

24

25

26

27

28

1  FILER'S ATTESTATION:

2          Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated:  April 9, 2007

                                                      By:  _____/s/ Charles H. Samel_____
5                                                              Charles H. Samel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the stipulation of the parties, all dates set forth in the December 20,

3    2006 Order Setting Initial Case Management Conference and ADR Deadlines are hereby

4    continued as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement,

5    ADR process selection, and discovery plan will be June 5, 2007; (2) the deadline to file joint

6    ADR documents will be June 5, 2007; (3) the deadline to complete initial disclosures and file the

7    Case Management Statement and Rule 26(f) Report will be June 19, 2007; and (4) the Initial

8    Case Management Conference will be on June 26, 2007.  The parties are ordered to notify the

9    Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for

10   consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust*

11   *Litigation*.

12          Pursuant to stipulation, it is so ordered.

13

14   Dated: ___April 9, 2007_____

15

16                                                    _____
     Magistrate ~~~~~~~~~~~~~~~~~~~ Laporte
17                                                    Judge Elizabeth D. Laporte

18

19

20

21

22

23

24

25

26

27

28